**Gerry GREENFIELD, Jr.; et al.,**
**Plaintiffs–Appellants,**

v.

**Gary G. BRENNER, in his official and individual capacity; et al.,**
**Defendants–Appellees.**

**No. 06–35404.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 18, 2006.*

Filed Dec. 21, 2006.

Gerry Greenfield, Jr., Kennewick, WA, pro se.

Gerry Greenfield, III, Renton, WA, pro se.

Elizabeth Logdson, Kennewich, WA, pro se.

Nicole Greenfield, Kennewick, WA, pro se.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

Sarah H. Villanueva, Esq., Benton County Prosecutor's Office, Flynn & Merriman Plaza West, Kennewick, WA, Craig P. Campbell, Karr Tuttle Campbell, Christopher W. Tompkins, Esq., Betts Patterson Mines PS, Seattle, WA, Michael Patrick Lynch, Esq., Office of the Washington Attorney General, Torts Division, Olympia, WA, Mark Parker Kuffel, Esq., Kuffel Hultgrenn, Klashke & Shea LLP, Pasco, WA, for Defendants–Appellees.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

### MEMORANDUM **

We have reviewed the record and appellants' filings in this court. The questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). Accordingly, we summarily affirm the district court's judgment.

Appellees' requests for damages and costs are denied. All other pending motions or requests are denied as moot.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).